IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONALD D. JONES,**

    **Plaintiff,**

v.                                                     Case No. 4:25-cv-367-AW-MAF

**DEXTER GOLDWIRE, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommended dismissal for failure to state a claim. ECF No. 12. I have considered that recommendation, and I have considered de novo the matters raised in Plaintiff's objections (ECF No. 13). I agree with the magistrate judge that Plaintiff's operative complaint does not state any plausible claim. Therefore, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), I will dismiss. Plaintiff's objections are overruled.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on January 6, 2026.

                                                            s/ *Allen Winsor*
                                                            Chief United States District Judge